FILED
CLERK, U.S. DISTRICT COURT

Dec. 13, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MOSLEY,<br><br>Defendant. | Case No. 2:24-MJ-07374<br><br>**ORDER OF DETENTION** |

On December 13, 2024, Defendant Paul Mosley made his initial appearance in this district on the Arrest Warrant filed in the Northern District of Illinois. A detention hearing was held.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that no condition or combination of conditions will reasonably assure:

☒ the appearance of the Defendant as required.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions as to risk of non-appearance on the following:  The docket for Case No. 1:19-CR-00754-2 in the Northern District of Illinois indicates that on May 23, 2022, Defendant failed to appear for his sentencing hearing.  The minute entry states, "Defense Counsel and Pretrial Services Officer report that they have not been able to contact Mr. Mosley since early April/early May despite their repeated efforts to do so." Defendant has an unverified background, is unemployed, has a history of substance abuse and a criminal record.

It is therefore ORDERED that Defendant be detained until he appears it the Northern District of Illinois for sentencing and be transported to the United States District Court for the Northern District of Illinois further proceedings.  **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

1  On order of a Court of the United States or on request of any attorney
2  for the Government, the person in charge of the corrections facility in which
3  the Defendant is confined will deliver the Defendant to a United States
4  Marshal for the purpose of an appearance in connection with a court
5  proceeding.  *See* 18 U.S.C. § 3142(i).

Dated: December 13, 2024

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE